IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **FERRUIZ IP LLC,**<br>         Plaintiff, | Civil Action No. 6:23-cv-00184 |
| v. | |
| **COOPER LIGHTING, LLC,**<br>         Defendant | JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Ferruiz LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock. Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Ferruiz, LLC
2. Ramey LLP

DATED: March 10, 2023                    Respectfully submitted,

                                          **Ramey LLP**

                                          By: */s/ William P. Ramey, III*
                                                William P. Ramey, III
                                                Texas Bar No. 24027643
                                                5020 Montrose Blvd., Suite 800
                                                Houston, Texas 77006
                                                (713) 426-3923 (telephone)
                                                (832) 900-4941 (fax)
                                                wramey@rameyfirm.com

                                          *Attorneys for Ferruiz, LLC*